**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 00-1840

DANIEL A. YOUNG, SR.,

Plaintiff - Appellant,

versus

JOHN KENNEDY, Clerk of Court/Wake; BETTY WALL,
Deputy Clerk/Wake; GERALD ARNOLD, Justice;
BURLEY MITCHELL, Justice; JOHN EXUM, Justice;
I. BEVERLY LAKE, Justice; LACY THORNBURG,
United States District Judge, Western District
of North Carolina; JOHN LEWIS, Justice; MIKE
EASLEY, North Carolina Attorney General; FRED
MORELOCK, Judge; STATE OF NORTH CAROLINA,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, Senior District Judge. (CA-00-51-5-BR)

Submitted: February 22, 2001      Decided: February 27, 2001

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Daniel A. Young, Sr., Appellant Pro Se. Staci Tolliver Meyer, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Daniel A. Young, Sr., appeals the district court's order deny-
ing relief on Young's civil complaint.  We have reviewed the record
and the district court's opinion and find no reversible error.
Accordingly, although we grant Young's motion to expedite the ap-
peal to the extent possible given the court's busy docket, we
affirm on the reasoning of the district court.  <u>Young v. Kennedy</u>,
No. CA-00-51-5-BR (E.D.N.C. May 12, 2000).  We dispense with oral
argument because the facts and legal contentions are adequately
presented in the materials before the court and argument would not
aid the decisional process.

<u>AFFIRMED</u>